UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JACOLBY POUNCY                          CIVIL ACTION NO. 14-cv-3346

VERSUS                                  JUDGE FOOTE

CITY OF SHREVEPORT, ET AL               MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **dismissed without prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2015.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE